IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PAYTON COLIN THOMAS. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:12-0929 |
| ) | Judge Trauger |
| MEHARRY MEDICAL COLLEGE, ) | |
| Meharry School of Dentistry, ) | |
| ) | |
| Defendant. ) | |

### **O R D E R**

I hereby recuse myself in this case. The file shall be returned to the Clerk for reassignment to another judge.

It is so **ORDERED.**

ENTER this 9th day of October 2012.

_____
ALETA A. TRAUGER
U.S. District Judge