IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PAYTON COLIN THOMAS )
)
v. ) NO. 3:12-0929
)
MEHARRY MEDICAL COLLEGE )

**O R D E R**

This civil action was filed on September 11, 2012, and a Notice of Initial Case Management Conference was entered by the Clerk setting the initial case management conference for Monday, November 19, 2012, at 4:00 p.m. before Judge Trauger. (Docket Entry No. 3)

On October 9, 2012, Docket Entry No. 5, Judge Trauger recused herself and the case was reassigned to Judge Nixon, and by order entered October 11, 2012, Docket Entry No. 6, Judge Nixon referred the case to the undersigned magistrate judge for case management.

Pending is the defendant's motion for extension of time in which to respond to the complaint, Docket Entry No. 4, filed October 4, 2012. The motion is GRANTED. Defendant shall answer or otherwise respond to the complaint on or before October 22, 2012.

The initial case management conference remains scheduled on **November 19, 2012, at 4:00 p.m.**, but it will now be held before the undersigned magistrate judge.

The stay of discovery, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, is hereby LIFTED.

Prior to the initial case management conference, counsel for the parties shall meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and shall, to the extent possible, exchange initial disclosures pursuant to Rule 26(a)(1).

Prior to the initial case management conference, counsel for the parties shall also confer and shall prepare a proposed, joint initial case management order, including the parties' respective theories of the case, issues resolved and in dispute, proposed scheduling for the progression of the case, and any other relevant matters provided in Local Rule 16.01(d)(1)(c) and 16.01(d)(2). If the parties anticipate discovery of electronically stored information, they shall include in the proposed initial case management order the methodology for such discovery. See Administrative Order No. 174, entered July 9, 2007. If the parties anticipate little, if any, electronic discovery and they believe it is not necessary to be governed by Administrative Order No. 174, they shall so provide in the proposed initial case management order.

Counsel shall e-file the proposed order prior to the initial case management conference.

All counsel appearing at the initial case management conference shall bring with them their calendars and be cognizant of the calendars of any attorneys not appearing at the initial case management conference whose schedules are relevant to the scheduling in this case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge