UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:10-cv-0929 |
| ) | JUDGE SHARP |
| ) | |
| FCA VENTURE PARTNERS III SBIC, L.P., ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW

Undersigned counsel respectfully files this motion to withdraw as counsel of record for the United States in this action. Assistant United States Attorney Mark Wildasin of the United States Attorney's Office for the Middle District of Tennessee has filed an appearance on behalf of the United States in this action and undersigned counsel is no longer affiliated with the United States Attorney's Office. Accordingly, it is respectfully requested that this motion to withdraw as counsel for the United States be granted.

Dated this 15th day of November 2012.

Respectfully submitted:

BASS BERRY & SIMS PLC

/s/ Matthew M. Curley
Matthew M. Curley
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615)742-6200

1