IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PAYTON COLIN THOMAS )
) No. 3-12-0929
v. )
)
MEHARRY MEDICAL COLLEGE )
(Meharry School of Dentistry) )

O R D E R

Defendant's motion for case management conference (Docket Entry No. 39) is GRANTED.

A case management conference is scheduled on **Friday, March 8, 2013, at 11:00 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge