IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PAYTON COLIN THOMAS )
) No. 3-12-0929
v. )
)
MEHARRY MEDICAL COLLEGE )
(Meharry School of Dentistry) )

O R D E R

Pursuant to the order entered March 4, 2013 (Docket Entry No. 40), a case management conference was held on March 8, 2013, at which time the following matters, inter alia, were addressed:

1. The May 31, 2013, deadline for completion of al fact discovery, including written discovery, is extended to July 30, 2013. That means that all written discovery shall be served in sufficient time so that responses will be served no later than July 30, 2013.

2. The June 3, 2013, deadline for filing any motion to amend the pleadings is extended to August 2, 2013.

3. The June 7, 2013, deadline for filing any discovery motions related to fact discovery is extended to August 6, 2013.

4. The June 28, 2013, deadline for the plaintiff to serve expert disclosures in accord with Rule 26(a)(2) of the Federal Rules of Civil Procedure is extended to August 27, 2013.

5. The July 26, 2013, deadline for the defendant to serve Rule 26(a)(2) expert disclosures is extended to September 30, 2013.

6. The August 12, 2013, deadline to serve rebuttal expert disclosures is extended to October 11, 2013.

7. The September 12, 2013, deadline for completion for expert discovery is extended to November 11, 2013.

8. The August 30, 2013, deadline for filing any dispositive motion is extended to October 30, 2013. Any response shall be filed within 30 days of the filing of the motion or by November 29, 2013, if the motion is filed on October 30, 2013. Any reply, if necessary, shall be filed within 14 days for the filing of the response or by December 13, 2013, if the response is filed on November 29, 2013.

No other filings in support of or in opposition to any dispositive motion shall be made after December 13, 2013, except with the express permission of the Honorable John T. Nixon.

There shall be no stay of discovery before the July 30, 2013, deadline for completion of fact discovery or the November 11, 2013, deadline for completion of expert discovery even if a dispositive motion is filed prior thereto.

Except as modified herein, the orders entered December 3, 2012 (Docket Entry Nos. 26-27), remain in full force and effect.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge