IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PAYTON COLIN THOMAS )
) No. 3-12-0929
v. )
)
MEHARRY MEDICAL COLLEGE )
(Meharry School of Dentistry) )

O R D E R

By order entered March 12, 2013 (Docket Entry No. 44), the Court scheduled a case management conference on Thursday, April 25, 2013, at 1:00 p.m. Plaintiff telephoned the Court on the morning of April 25, 2013, and advised that he is out of town and would not be able to attend the case management conference, and that he did not have an attorney at this time.

Therefore, after consultation with counsel for the defendant, the case management conference is RESCHEDULED for **2:00 p.m., Monday, May 13, 2013**, in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN, to address whether the plaintiff is proceeding with or without an attorney, whether any adjustments of scheduling deadlines provided in the order entered March 11, 2013 (Docket Entry No. 41) are necessary or possible, and any other appropriate matters.

If the plaintiff has obtained substitute counsel before May 13, 2013, his new attorney shall appear on May 13, 2013. If the plaintiff has not obtained new counsel before May 13, 2013, the plaintiff shall personally appear on May 13, 2013, at 2:00 p.m.

The Clerk is directed to send a copy of this order to the plaintiff by regular first class mail and by certified mail at the address listed on the docket.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge